AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT

## Middle District of Alabama

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| RODERICK BROWN | Case No.   2:08cr114-WHA |
| | USM No.   12496-002 |
| | Donnie Wayne Bethel |
| | Defendant's Attorney |

**THE DEFENDANT:**

✔ admitted guilt to violation of condition(s)    1-3 of the amended petition    of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to refrain from unlawful use of a controlled substance | 7/27/2010 |
| 2 | Failure to refrain from unlawful use of a controlled substance | 8/19/2010 |
| 3 | Failure to refrain from committing another federal, state or local crime | 10/6/2010 |

The defendant is sentenced as provided in pages 2 through ___2___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

✔ Violation #4 is dismissed on oral motion of the Government.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| Last Four Digits of Defendant's Soc. Sec. No.:    2023 | April 24, 2012 |
|---|---|
| | Date of Imposition of Judgment |
| Defendant's Year of Birth:    1985 | |
| | /s/ W. Harold Albritton |
| City and State of Defendant's Residence: | Signature of Judge |
|     Montgomery, AL | |
| | W. Harold Albritton, Senior U. S. District Judge |
| | Name and Title of Judge |
| | April 25, 2012 |
| | Date |

AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
           Sheet 1A

AO 245D   (Rev. 12/07) Judgment in a Criminal Case for Revocations
　　　　　Sheet 2— Imprisonment

| | |
|---|---|
| DEFENDANT: RODERICK BROWN | Judgment — Page 2 of 2 |
| CASE NUMBER: 2:08cr114-WHA | |

## IMPRISONMENT

．The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :
**15 months with no supervision to follow.**
It is ORDERED that the term of supervised release imposed on November 13, 2008, is REVOKED.  The court has taken into consideration the policy statements in Chapter 7 of the Guidelines Manual, the guideline range, and all relevant information in imposing the sentence at 15 months.

✔　The court makes the following recommendations to the Bureau of Prisons:

　　The court recommends that Defendant be designated to a facility where drug treatment is available.

✔　The defendant is remanded to the custody of the United States Marshal.

☐　The defendant shall surrender to the United States Marshal for this district:

　　☐　at _____   ☐ a.m.   ☐ p.m.   on _____ .

　　☐　as notified by the United States Marshal.

☐　The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　　☐　before 2 p.m. on _____ .

　　☐　as notified by the United States Marshal.

　　☐　as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

　　Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
　　DEPUTY UNITED STATES MARSHAL